UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LLOYD GARCIA, | ) | CASE NO. CV 09-01497 SGL (RZ) |
|       Petitioner, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE SANCTIONS |
| JOHN C. MARSHALL, Warden, | ) | |
|       Respondent. | ) | |

      By Order Requiring Response to Petition filed March 5, 2009, within 14 days, Respondent was ordered to file a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served, and the attorney's telephone and fax number. Respondent also was ordered to file a Motion to Dismiss within 30 days or an Answer within 45 days. The docket sheet shows that, as late as the date of this Order, Respondent has not filed its Notice of Appearance or Motion to Dismiss. Respondent has failed to comply with the Court's order.

      Accordingly, IT IS ORDERED that within 20 days, Respondent shall show cause in writing why it should not be sanctioned including but not limited to an order that it pay monetary sanctions for its failure to comply with the Court's orders. The filing,

1  within 20 days, of the Notice of Appearance, and a motion to dismiss if Respondent
2  intends to file such a motion, shall discharge the order to show cause.

        DATED: April 15, 2009

                                            _____
                                            RALPH ZAREFSKY
                                            UNITED STATES MAGISTRATE JUDGE