JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LLOYD GARCIA, | ) | Case No.  CV 09-1497-ODW (DTB) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | **J U D G M E N T** |
| vs. | ) | |
| | ) | |
| JOHN C. MARSHALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  March 3, 2010

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE